```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

KHRISTOFFER MANDELL HEARRON                              PETITIONER

VERSUS                           CIVIL ACTION NO. 5:06cv117DCB-MTP

CHRISTOPHER EPPS                                         RESPONDENT

<u>ORDER</u>

This matter comes before this court, <u>sua</u> <u>sponte</u>, for consideration of the transfer of this cause. The petitioner, an inmate currently incarcerated in the Delta Correctional Facility, Greenwood, Mississippi, filed this request for habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner states that on August 25, 1995, he was convicted of possession of cocaine in the Circuit Court of Warren County, Mississippi. Petitioner was sentenced to six years in the custody of the Mississippi Department of Corrections.

The petitioner has previously filed for habeas relief in this court challenging the same conviction, <u>Hearron v. Anderson</u>, 5:99cv162DCB-JCS (S.D. Miss. Oct. 16, 2000). On October 16, 2000, this court entered a final judgment which dismissed the action with prejudice. The petitioner filed a notice of appeal in that civil action on November 1, 2000. The United States Court of Appeals for the Fifth Circuit denied the petitioner's certificate of appealability on July 2, 2001. <u>Hearron v. Anderson</u>, No. 00-60786 (5th Cir. July 2, 2001).

A petitioner who is filing a second or successive motion for habeas relief must first apply to the appropriate court of appeals for an order authorizing the district court to consider the successive motion.  28 U.S.C. § 2244(b)(3)(A).  In the case at bar, the petitioner has failed to submit any documentation demonstrating that he has obtained the required authorization from the United States Court of Appeals for the Fifth Circuit. Therefore, this court has determined that in the interest of justice, this cause should be transferred to the United States Court of Appeals for the Fifth Circuit for a determination whether this successive or second petition should be allowed. See In Re Epps, 127 F.3d 364 (5th Cir. 1997);  28 U.S.C. § 1631. Accordingly, it is hereby,

ORDERED that this petition for habeas corpus relief be, and the same hereby is, transferred to the United States Court of Appeals for the Fifth Circuit.

IT IS FURTHER ORDERED that the clerk of this court is directed to close this case pending the decision of the United States Court of Appeals for the Fifth Circuit.

SO ORDERED, this the   27th   day of   October   , 2006.

                                        s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE